IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Alice F | Case Number: 06 B 12203 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 9/27/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: November 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,875.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,782.00 |
| Trustee Fee: | | 93.00 |
| Other Funds: | | 0.00 |
| Totals: | 1,875.00 | 1,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,624.00 | 1,782.00 |
| 2. | Illinois Dept of Revenue | Priority | 30.61 | 0.00 |
| 3. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 4. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 5. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 6. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 7. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 8. | Nat Wd Ca LP | Unsecured | | No Claim Filed |
| 9. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 10. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 11. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 12. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| 13. | Professional Account Management | Unsecured | | No Claim Filed |
| 14. | Norwegian American Hospital | Unsecured | | No Claim Filed |
| | | | $ 2,657.61 | $ 1,782.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 66.00 |
| 5.4% | 27.00 |
| | $ 93.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Davis, Alice F

Printed:  5/27/08

Case Number:  06 B 12203
Judge:  Wedoff, Eugene R
Filed:  9/27/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

